UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TRACY GARCIA,

                    Plaintiff,

        v.

THE CITY OF YAKIMA, and THE CITY
OF YAKIMA, MUNICIPAL COURT,

                    Defendants.

No.  CV-12-198-EFS

**ORDER DISMISSING CASE**

On September 13, 2013, the parties filed a stipulated dismissal, ECF No. 35.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1.   The parties' Stipulation of Dismissal with Prejudice, **ECF No. 35**, is **GRANTED.**

2.   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.   All pending motions are **DENIED AS MOOT,** all hearings and deadlines are **STRICKEN**, and this file shall be **CLOSED.**

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  16<u>th</u>  day of September 2013.

                    s/ Edward F. Shea
        _____
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Civil\2012\0198.stip.dism.lc1.docx

ORDER DISMISSING CASE - 1